LEE D. SHERMAN, Respondent, v. J. ARTHUR WARNER and JOSEPH H. YOUNG, Individually and as Copartners, Doing Business under the Firm Name and Style of J. ARTHUR WARNER & Co., Appellants.— Action for damages for breach of a contract of employment. Order granting plaintiff's motion for an examination of the defendants before trial affirmed, with ten dollars costs and disbursements. Order, entered on defendants' motion, in so far as it denied a prior trial of a defense of general release and a stay of the examination before trial on the part of the plaintiff, affirmed, with ten dollars costs and disbursements. Examinations will be had on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

CLAUDIA H. SILK, Respondent, v. CHARLES SILK, Appellant, and HARTON Co., INC., Defendant.— Order in so far as it denies the motion of defendant Charles Silk to vacate the ex parte order dated January 4, 1938, and to strike the case from the Trial Term Calendar, affirmed, with ten dollars costs and disbursements. The appeal from the ex parte order is dismissed. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

CLAUDIA H. SILK, Appellant, v. CHARLES SILK and HARTON Co., INC., Respondents.— Order entered February 26, 1938, denying plaintiff's motion to strike out a bill of costs and vacate the judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

DANIEL E. WAHL and MARGARET I. WAHL, Respondents, v. WILLIAM C. EVANS and EDNA W. EVANS, Appellants.— Order of the City Court of the City of Mount Vernon denying defendants' motion for summary judgment pursuant to Civil Practice Rule 113 affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

WESTPUT REALTY CORPORATION, Respondent, v. ALICE BUGBEE WARD, Individually and as Executrix, etc., of GRACE L. FENTON, Appellant.— Action to recover unpaid installments on a contract for the sale of real property. Defendant moved for summary judgment under Civil Practice Rule 113 and for judgment on the pleadings under rule 112. The Special Term granted the motion for judgment on the pleadings, with leave to serve an amended complaint, but denied the motion for summary judgment. Defendant appeals from that part of the order which denies her motion for summary judgment. Order, in so far as an appeal is taken, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.